```
 1 | Paul Glusman (State Bar No. 65942)
   | 2041 Bancroft Ave., Suite 207
 2 | Berkeley, California 94704
   | Phone: 510.841-4900
 3 | Fax: 510.845-6419
   | email: pglusman@earthlink.net
 4 |
   | Attorney for Plaintiff
 5 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PILLING, Plaintiff | No. C12-02186 JCS |
| vs. | STIPULATION TO EXTEND TIME TO RESPOND, REPLY TO DEFENDANTS' MOTION TO DISMISS COMPLAINT; DECLARATION OF PAUL GLUSMAN IN SUPPORT |
| BAY AREA RAPID TRANSIT DISTRICT, A Public Entity, ALAMEDA PARK STREET BICYCLES, INC., a California Corporation doing business as ALAMEDA BICYCLE and DOES 1-10, | |
| Defendants. | Date of Hearing: July 20, 2012<br>Time: 9:30 a.m<br>Courtroom G, 15th Floor |

It is hereby stipulated by counsel that plaintiff will have up to and including July 3, 2012, to file his opposition to defendants' Motion to Dismiss Complaint, and defendant will have up to and including July 10, 2012 to file its reply brief.

///

///

///

1

---

Pilling v. Bay Area Rapid Transit Dist. et al. No. C12-02186 JCS
Stipulation to Extend Time

1 | Dated:       June 13, 2012              Paul Glusman

*[signature]*

Attorney for Plaintiff Gregory Pilling

Dated        June 13, 2012              Office of the General Counsel
Transit Dist.                            San Francisco Bay Area Rapid

By:

*[signature: Thomas C. Lee]*

Attorneys for Defendants San
Francisco Bay Area Rapid Transit
District and Alameda Park Sreet
Bicycle Inc., dba Alameda Bicycle

## DECLARATION OF PAUL GLUSMAN

I, Paul Glusman, declare that:

1. I am the attorney for plaintiff Gregory Pilling in this action.

2. The extension of time is needed because the motion papers were mailed but not served electronically on my office on June 7, 2012, I did not receive them until coming to my office on June 11, 2012. An opposition is now due on June 21, 2012, although the motion will not be heard until July 20, 2012. The press of business in my office, plus the need to be out of the office for three days the week of June 18, 2012, will make it extremely difficult to research and respond to the motion unless this extension is granted.

2

---

Pilling v. Bay Area Rapid Transit Dist. et al. No. C12-02186 JCS
Stipulation to Extend Time

3. I previously have granted defendant BART an extension of 10 days to respond to the complaint.

4. There will be no effect on the schedule for the case because the hearing date will not be changed.

I have personal knowledge of the foregoing facts and declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct. This declaration is signed in Berkeley, California on June 13, 2012.

_____
Paul Glusman

PURSUANT TO STIPULATION IT IS SO ORDERED.

Date: June 14, 2012



_____
Magistrate U.S. District Court

3

Pilling v. Bay Area Rapid Transit Dist. et al. No. C12-02186 JCS
Stipulation to Extend Time