```
 1  OFFICE OF THE GENERAL COUNSEL
    SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
 2  THOMAS C. LEE (SBN 104624)
    VICTORIA R. NUETZEL (SBN 115124)
 3  300 Lakeside Drive, 23rd Floor West
    P. O. Box 12688
 4  Oakland, CA  94604-2688
    Tel:  (510) 464-6034
 5  Fax:  (510) 464-6049

 6  Attorneys for Defendants
    San Francisco Bay Area Rapid Transit District
 7  and Alameda Park Street Bicycles, Inc. dba
    Alameda Bicycle
 8
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## - SAN FRANCISCO -

| | |
|---|---|
| GREGORY PILLING,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, a Public Entity, ALAMEDA PARK STREET BICYCLES, INC., a California Corporation doing business as ALAMEDA BICYCLE and DOES 1 - 10,<br><br>Defendants. | Case No.: C12-02186 JCS<br><br>RULE 26(a) INITIAL DISCLOSURE OF DEFENDANTS SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT AND ALAMEDA PARK STREET BICYCLES, INC. |

Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (sued herein as Bay Area Rapid Transit District, hereinafter "BART") and ALAMEDA PARK STREET BICYCLES, INC. dba ALAMEDA BICYCLE ("Alameda Bicycle") make the following initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a) and General Order No. 26:

I. WITNESSES

The following witnesses may have relevant knowledge regarding plaintiff's allegations about

- 4 -

the 10 minute rule at the Bike Station and may be reached through counsel of record:

    A.    <u>BART Employees</u>:

    1.    Bob Franklin.

    2.    Steven Beroldo.

    3.    Laura Timothy.

Mr. Franklin is the manager of Customer Development and Station Access and has general knowledge about BART's accessibility programs and the use of bicycles within the BART system. Mr. Beroldo is the manager of Access Programs; he has information about the Bike Station and use of bicycles within the BART system. Ms. Timothy is the manager of Access and Accessible Services and has information about BART's accessibility programs for the disabled.

    B.    <u>Non-BART Employees</u>:

    1.    Gene Oh.

    2.    Jim Burakoff.

    3.    Steven Grover.

    4.    Hannah Peragine.

Mr. Oh is the President of Alameda Park Street Bicycles, Inc. and has knowledge about the Bike Station and its business relationship with BART. Mr. Burakoff is the manager of the Bike Station and has knowledge about its day to day operation and the implementation of 10 minute rule. Mr. Grover and Ms. Peragine are employees of eLock Technologies, LLC and have knowledge about the electronic locking system and its operation and implementation of the 10 minute rule.

Defendants reserve the right to designate other witnesses whose identities become known as a result of investigation and discovery and further reserves the right to call as witnesses individuals not designated herein as may be required for the purpose of rebuttal and/or impeachment.

II.    DOCUMENTS

Defendants identify herein and will produce the following categories of documents in its possession, custody, or control that may be used in support of its defenses:

    A.    Membership terms and information for the Bike Station;

    B.    Plaintiff's membership agreement to the Bike Station;

- 4 -

C. BART's agreement with Alameda Bicycle for management of the Bike Station; and

D. Records relating to the electronic lock system specifications and underlying software architecture.

Defendants do not identify herein documents relating to the construction or alteration of the subject premises, i.e., the Bike Station because plaintiff makes no complaint about the physical accessibility of the Bike Station, but only about the implementation of its 10 minute rule.

With respect to those documents that are withheld from production based on claims of privilege, BART will prepare a privilege log to be provided at the time the documents are produced.

BART expressly reserves the right to produce additional documents that may become known as discovery and investigation continues. BART further expressly reserves the right to use documents as may be required for the purpose of rebuttal and/or impeachment.

III. DAMAGES COMPUTATION

BART has asserted no affirmative claims and has not alleged damages.

IV. LIABILITY INSURANCE

BART is self-insured.

Dated: August 3, 2012

OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

By _____
Thomas C. Lee
Attorneys for Defendants San Francisco Bay Area Rapid Transit District and Alameda Park Street Bicycles, Inc.