Paul Glusman (State Bar No. 65942)
2041 Bancroft Ave., Suite 207
Berkeley, California 94704
Phone: 510.841-4900
Fax: 510.845-6419
email: pglusman@earthlink.net

Attorney for Plaintiff Gregory Pilling

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PILLING, Plaintiff | No. C12-02186 JCS |
| vs. | **RULE 26(a) INITIAL DISCLOSURE OF PLAINTIFF GREGORY PILLING** |
| BAY AREA RAPID TRANSIT DISTRICT, A Public Entity, ALAMEDA PARK STREET BICYCLES, INC., a California Corporation doing business as ALAMEDA BICYCLE and DOES 1-10, | |
| Defendants. | |

Plaintiff makes the following initial disclosures pursuant to Rule 26(a) and General Order No. 56:

I.  Witnesses:

   A.  Gregory Pilling:

Mr. Pilling is the plaintiff in t his case and has knowledge of the nature and extent of his disability, his use of the Bike Station facility, his attempts to resolve this matter and be afforded reasonable modifications of Bike Station's rules and accommodations so that he would be permitted to continue to use Bike Station, his expulsion and exclusion from the Bike Station and his damages.