UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PILLING,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-02186-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 24, 2015, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 29, 2015, at 9:30 a.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute, failure to appear , as ordered by the Court, at the case management conference on April 24, 2015, and why the ADA action should not be dismissed as moot, and the case dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: April 29, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PILLING,<br><br>        Plaintiff,<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>        Defendants. | Case No.  12-cv-02186-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/29/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Pilling
530 Kearney Street
El Cerrito, CA 94530

Dated: 4/29/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2