UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY PILLING,

            Plaintiff,

     v.

BAY AREA RAPID TRANSIT DISTRICT, et al.,

            Defendants.

Case No.  12-cv-02186-JCS

**ORDER DISMISSING CASE**

On June 12, 2015, the Court held a hearing on the Court's Order to Show Cause.  Dkt. 33. Defendant appeared through its attorney, Ms. Neutzel.  Plaintiff was not present at the hearing. For the reasons stated at the hearing, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with the Court's orders, and for lack of subject matter jurisdiction with respect to the ADA claim.

     **IT IS SO ORDERED.**

Dated:  June 16, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California